# Court of Appeals
# of the State of Georgia

ATLANTA, February 15, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0033. WILLIAM BURKE v. CHILDS et al.**

On January 6, 2023, the Superior Court of Dooly County entered an order, pursuant to OCGA § 9-15-2 (d), denying William Burke's petition to file a civil action because it "show[ed] on its face such a complete absence of any justiciable issue of law or fact that it cannot be reasonably believed that the court could grant any relief against any party named in the pleading." This order was stamped received by the Dooly State Prison Mailroom on February 2, 2023. On February 8, 2023, Burke filed by mail in this Court a "Motion for Discretionary Appeal" from the January 6, 2023 order, in which he requests an extension of time through March 2, 2023 to file a discretionary appeal. We may not grant such relief, however, as "[n]o extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date." Court of Appeals Rule 31 (i). The order Burke wishes to appeal was filed on January 6, 2023, and the due date for an application for discretionary review was February 6, 2023. See OCGA § 5-6-35 (d).

Accordingly, Burke's emergency motion is hereby DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/15/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, Clerk.